**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] ) | Case No. 22-10943 (MEW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 22-01150 |
| ) | |
| ADAM LAVINE AN SHINGO LAVINE, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND AGREED ORDER**

Adam Lavine and Shingo Lavine ("the Lavines") and the Debtors jointly agree to, and the Court Orders, the following terms in resolution of the Motion for Temporary Restraining Order filed by the Debtors [Adv. Pro. 22-01150, Dkt No. 2]:

1.  Through October 31, 2022, the Lavines and any agents and instrumentalities that they control (including any Ethos-related entities) will not: (a) delete or modify any DNS record for the ethos.io domain name; (b) change the owner, technical or administrative contacts for the ethos.io domain name; (c) terminate or request the deletion or termination of any Google cloud services that are currently linked to the ethos.io domain name; (d) take or obtain control over DNS records or Google cloud services that are currently under the control of Voyager employees; or (e) terminate or restrict Debtors' use or access to ethos.io DNS servers.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital, Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

2. The Debtors will complete migration away from the ethos.io domain on or before October 31, 2022, and, if they do not, the Lavines and/or Ethos may disconnect Voyager's access to the Ethos.io DNS server at that time. The Debtors also agree to use reasonable efforts to complete the migration earlier, and to alert Ethos in writing if Ethos can disconnect Voyager access to the DNS servers sooner than October 31.

3. In the course of carrying out the foregoing tasks, the Debtors will use reasonable best efforts to not cause any changes that would negatively impact the website located on the ethos.io domain.

4. Although the Lavines believe the provisions of Paragraph 1 above will require them to delay the launch of their new company, the Lavines are willing to agree to these terms to accommodate the Debtors and Voyager's customers while resolving this lawsuit amicably. The Lavines may state publicly, in sum and substance, that they have agreed to delay the launch of Ethos 2.0 to accommodate the Debtors and amicably resolve this lawsuit in the best interests of Voyager and its customers.

5. Upon entry hereof, this Adversary Proceeding shall be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees

6. The Debtors and Defendants are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      September 30, 2022

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**AGREED TO BY:**

**KIRKLAND & ELLIS LLP**

*/s/  Michael Slade*
Joshua Sussberg, P.C.
Christopher Marcus, P.C.
Christine Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Tel: 212-446-4800

Michael B. Slade (*pro hac vice*)
Richard U.S. Howell, P.C. (*pro hac vice*)
Nicholas F. Wasdin
Zachary A. Cirullo
300 N. LaSalle Drive
Chicago, IL  60654
Tel: 312-862-2000

Counsel to the Debtors


/s/        *Douglas T. Tabachnik*

Douglas T. Tabachnik
Law Offices of Douglas T. Tabachnik, P.C.
Woodhull House
Suite C
63 West Main Street
Freehold, NJ 07728

Matt McClintock
Goldstein & McClintock LLP
111 W Washington St STE 1221
Chicago, IL 60602

Counsel to Defendants